**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF THE            : No. 447 WAL 2014
INVOLUNTARY TERMINATION OF    :
PARENTAL RIGHTS TO A.S.-A.R. AND   :
P.N.R.                                 : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
                                       :
PETITION OF: J.L.R., NATURAL       :
FATHER

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.